# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2218
Lower Tribunal No. 2017-CF-010498-A-O

_____

MARIA NAVARRO MARTIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Chad K. Alvaro, Judge.

July 10, 2026

WOZNIAK, J.

Maria Navarro Martin seeks to appeal several orders; however, her appeal is timely as to only one of them—the trial court's order barring all future pro se filings. We find no merit in the arguments Martin raises on appeal directed to that order. *See State v. Spencer*, 751 So. 2d 47, 48-49 (Fla. 1999) (recognizing that issuance of order to show cause satisfies litigant's due process rights of notice and opportunity to respond). Accordingly, we dismiss the appeal insofar as it is untimely, and we affirm the trial court's order barring future pro se filings.

AFFIRMED in part; DISMISSED in part.

GANNAM and PRATT, JJ., concur.


Maria Navarro Martin, Pompano Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED